UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

mr. Tamale Harris, D.

_____

_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

(Trooper.)
Mr. Williams M. Suchocky
(Trooper.)
Mr. S. A. Lyons
(Trooper.)
Officer John Doe #1 — 3 to 11 pm.
(Trooper.)                      Jan. 17, 2011
Officer John Doe #2 — 3 to 11 pm
                                Jan 17, 2011

_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

11 CIV. 2201

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
(check one)

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name    Tamale D. Harris
            ID #    00008381²
            Current Institution   Rockland County
            Address   53 New Hempstead Rd.
                      New City, N.Y. 10956

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010                                3

Defendant No. 1   Name Mr. Williams, M. Suchocky Shield # 4684
                  Where Currently Employed Trooper T.
                  Address 333 South Broadway
                  Tarry Town, N.Y. 10951

Defendant No. 2   Name Mr. S. A. Lyons Shield # (Don't-know)
                  Where Currently Employed SP Tarry Town
                  Address 333 South Broadway
                  Tarry Town, N.Y. 10951

Defendant No. 3   Name Officer John Doe #1 Shield # (D-K)
                  Where Currently Employed Trooper T
                  Address 333 South Broadway
                  Tarry Town, N.Y. 10951
                  3 to 11 pm. shift - Jan' 17, 2011

Defendant No. 4   Name Officer John Doe #2 Shield # (D-K)
                  Where Currently Employed Trooper T
                  Address 333 South Broadway
                  Tarry Town, N.Y. 10951
                  3 to 11pm shift - Jan' 17, 2011

Defendant No. 5   Name _____ Shield # ___
                  Where Currently Employed ___
                  Address ___

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur? _____
In No institution was this action occur..

B.   Where in the institution did the events giving rise to your claim(s) occur? _____

C.   What date and approximate time did the events giving rise to your claim(s) occur? On the 17th day of January, 2011 at 9:35 pm..

D. Facts:

**What happened to you?**

While under arrest and in custody I received multiple punches and kicks to my body and face. Furthermore I was hit with a flashlight several times to my back and my rear head.

**Who did what?**

Officer Lyons, hammered me with his flashlight (to the back of my head) while officer Suchocky punched me in my face. Also officer Suchocky was raising my hand cuff arms to my shoulders, while Officers John Doe (1) and John Doe (2) kicked me, pepper sprayed me, and punch me to my body.

**Was anyone else involved?**

Officers John Doe #1 and Officer John Doe #2 of 3 to 11pm. shift Jan 17, 2011

**Who else saw what happened?**

Ms. S. Campbell

## III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I received eight (8) staples in the back of my head. Inflammatory pain in Right shoulder. Scars and swollen burises to the face, Lips and wrist.

I'am currently on medication for the above injuryies. I'am presently waiting results from a (Mra) CAT scan and X-rays on my shoulder.

## IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

Rev. 05/2010                     5

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

Yes \_\_\_\_   No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). _____

_____

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes \_\_\_\_   No ✓   Do Not Know \_\_\_\_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claims?

Yes \_\_\_\_   No ✓   Do Not Know \_\_\_\_

If YES, which claim(s)? _____

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes \_\_\_\_   No ✓

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes \_\_\_\_   No ✓

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _____

1. Which claim(s) in this complaint did you grieve? _____

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

_____

_____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

_____Event did not occur in an facilty._____

2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

_____I did not inform any officials due to my safety and current confinement._____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

_____I'am currently waiting for pictures taken by investigator and X-rays by Medical doctor._____

**Note:** You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _To hold these officers accountable for what they did to me, it is Police Brutality. Furthemore it won't be done to anybody else. In the amount of compensation I hereby seek Three Million Dollars ($3,000,000)._

**VI. Previous lawsuits:**

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No ✓

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____(none.)_____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes ____ No ✓

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____

Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 21 day of March, 2011.

Signature of Plaintiff   *Tamale D. Harris*
Inmate Number   0000 83812
Institution Address   53 New Hempstead Rd
New City, N.Y. 10956

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 21 day of March, 2011, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   *Tamale O Harris*